# THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**UNITED STATES OF AMERICA**,

v.                                              Case No. 4:12cr62-MW/GRJ-6

**JOSHUA BLAKE LANGFORD**,

    **Defendant.**
_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 423. Upon consideration, no objections having been filed by the parties,[1]

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Defendant's motion to vacate, set aside, or correct sentence, ECF No. 353, is **DENIED**. A certificate of

---

[1] This Court notes Defendant has failed to keep the Clerk advised of his current mailing address as evidenced by returned mail. ECF No. 424.

appealability is **DENIED**." The Clerk shall close the file.

**SO ORDERED on April 25, 2017.**

<u>**s/Mark E. Walker**</u>    ____
**United States District Judge**